# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**ROMERIO L. WALKER,**

    **Plaintiff,**

v.                                       **CASE NO. 5:12-cv-340-RS-GRJ**

**SECRETARY, DEPARTMENT OF CORRECTIONS, et. al.,**

    **Defendants.**

_____/

## **ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 72). Plaintiff has not filed an objection. I have reviewed the recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED** pursuant to 28 U.S.C. § 1915(g) because Plaintiff is a "three striker" and because Plaintiff misrepresented his prior litigation history on the Court's form.

3. The Court's previous Order (Doc. 11) granting Plaintiff leave to proceed in forma pauperis is **VACATED**.

4. The Clerk is directed to close the file and terminate all pending motions in this case.

**ORDERED** on October 24, 2013.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**